IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darlene F. Sites,                                          Case No. 3:06cv2274

        Plaintiff,

    v.                                                             JUDGMENT ENTRY

Commissioner of Social Security,

        Defendant.

For the reasons stated in the Order filed on March 11, 2008,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the United States Magistrate Judge's Report and Recommendation be, and the same hereby is adopted and the Commissioner's decision be affirmed.

Case closed.

So Ordered.

        **/s/ James G. Carr**
        **Chief Judge**
        **United States District Judge**